PATRICIA HAYES, Individually, and on Behalf of All Others Similarly Situated, Respondent, v. NIAGARA MOHAWK POWER CORPORATION, Appellant.—

Present — Goldman, P. J., Marsh, Gabrielli and Moule, JJ.   [63 Misc 2d 581.]